

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

VERONICA SINGLETARY

Case No. 2:18mj480
Court Date: December 3, 2018

CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 6882926

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 19, 2018, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, VERONICA SINGLETARY, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ J. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

30 October 2018
Date